187 So.2d 447

**OLINDE HARDWARE & SUPPLY COMPANY, Inc.**

v.

**Aubrey C. ROGERS and Mrs. Aubrey C. Rogers.**

No. 48258.

June 22, 1966.

In re: Prudential Insurance Company of America applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Livingston. 185 So.2d 626.

Writ refused. No error of law.

187 So.2d 447

**Josh MILES et ux.**

v.

**The FIDELITY AND CASUALTY COMPANY OF NEW YORK.**

No. 48262.

June 22, 1966.

In re: The Fidelity and Casualty Company of New York applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 185 So.2d 613.

Writ refused. According to the facts of this case, as found by the Court of Appeal, the result reached is correct.

SANDERS, J., is of the opinion that a writ should be granted.